IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| ATC INDOOR DAS | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| CBL & ASSOCIATES MANAGEMENT, | ) | Case No. 5:18-cv-364-D |
| INC., and CROSS CREEK MALL SPE, | ) | |
| LP | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

ORDER GRANTING SECOND JOINT MOTION TO EXTEND STAY

THIS CAUSE COMING ON TO BE HEARD before the undersigned Judge Presiding, upon the Parties' Joint Motion to Extend the Stay; AND IT APPEARING TO THE COURT, that good cause exists for the Court to extend the stay an additional thirty days for the Parties to continue to engage in settlement discussions.

NOW, THEREFORE, IT IS ORDERED, ADJUDGED, AND DECREED, that the motion of the Parties is hereby granted, and this case, including all discovery and the discovery conference, shall be and is hereby stayed for an additional period of thirty (30) days to allow the Parties to further conger and attempt to settle this matter, and that the Parties shall file a joint status report on or before April 12, 2019, informing the Court of the status of their settlement negotiations and whether they believe any further extension of the stay would be warranted.

SO ORDERED. This the 19 day of March, 2019.

JAMES C. DEVER III
United State District Judge