IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:18-CV-364-D

| | | |
|---|---|---|
| ATC INDOOR DAS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| CBL & ASSOCIATES MANAGEMENT, INC., | ) | |
| and CROSS CREEK MALL SPE, LP, | ) | |
| | ) | |
| Defendants. | ) | |

On August 26, 2019, plaintiff moved for exemption from mediated settlement conference and moves for court-hosted mediation [D.E. 42]. On August 26, 2019, defendants responded [D.E. 43]. The motion [D.E. 42] is GRANTED in part. The court hereby refers this case to United States Magistrate Judge Jones for court-hosted mediation. Judge Jones will notify the parties how he wishes to proceed concerning the mediation, and the date on which it will be held.

SO ORDERED. This 13 day of September 2019.

JAMES C. DEVER III
United States District Judge